UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARRY MASON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-258-RLY-TAB |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| INDIANAPOLIS POLICE DEPT., | ) | |
| SHERYL McGLINSEY, JERRY BARKER, | ) | |
| ANDREW STARKS, THOMAS | ) | |
| HILDEBRAND, and METROPOLITAN | ) | |
| DEVELOPMENT COMMISSION, | ) | |
|     Defendants. | ) | |

**FINAL JUDGMENT**

The court, having this day **GRANTED** Defendants' Motion for Summary Judgment in its entirety, now enters final judgment in their favor and against the Plaintiff, Garry Mason.

**SO ORDERED** this 11th day of September 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic copies to:

Loren Jay Comstock
lorenjcomstock1@yahoo.com

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com

Ian L. Stewart
OFFICE OF CORPORATION COUNSEL
istewart@indygov.org